**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HENROB LIMITED,

    Plaintiff/Counter-Defendant,

v.                                                                  Case No. 05-CV-73214-DT

BÖLLHOFF SYSTEMTECHNICK GMBH & CO
BÖLLHOFF RIVNUT, INC.,
BAYERISCHE MOTOREN WERKE AG, BMW NA,
ROLLS-ROYCE MOTOR CARS LTD.
and ROLLS-ROYCE NA,

    Defendants/Counter-Plaintiffs.
                                                         /

**ORDER SETTING BRIEFING DATES
AND GRANTING EXTENSION FOR FILING OF REPLY BRIEF**

On October 30, 2007, the court conducted a telephone chambers conference in the above-captioned case. During the conference, which was not recorded, Defendants Böllhoff Systemtechnik GmbH & Co., and Böllhoff Rivnut, Inc. (collectively "Böllhoff") sought the court's leave to, in essence, amend the court's September 5, 2007 order to allow time for additional discovery before filing its reply brief in further support of its motion for summary judgment. The court is not persuaded that the oral representations made off the record during the October 30, 2007 conference are sufficient –or not sufficiently clear– to warrant the requested relief, but will allow Böllhoff an opportunity to articulate its specific reasons why it argues that additional, targeted discovery is reasonably necessary. Accordingly,

IT IS ORDERED that Böllhoff shall file any motion for additional discovery and to demonstrate cause to amend the court's September 5, 2007 order by **5:00 p.m. on**

**November 1, 2007**. The supporting brief shall be limited to a total of five pages and shall set forth with specificity Böllhoff's purported justification for seeking further discovery. The court will conduct a telephonic hearing, on the record, on Böllhoff's motion on **November 6, 2007 at 12:30 p.m.** Any response briefs shall be filed no later than **November 5, 2007 at 5:00 p.m,** and shall be limited to five pages in length. [1] Unless otherwise ordered, no reply brief shall be filed.

    IT IS FURTHER ORDERED that Böllhoff is granted a brief extension of time in which to file its reply brief. Specifically, Böllhoff's's combined reply brief in further support of its motion for summary judgment and response to Henrob Limited's cross-motion for partial summary judgment will be filed on or before **November 12, 2007.**[2]

       S/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated: October 31, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 31, 2007, by electronic and/or ordinary mail.

       S/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522

---

[1] Alternatively, any parties opposing Böllhoff's motion may elect to respond orally during the November 6, 2007 hearing.

[2] The court may further extend this date following the resolution of Böllhoff's motion for additional discovery.