UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENROB LIMITED

        Plaintiff,

                                  Case No. 05-CV-73214-DT

v.

                                  Judge: ROBERT CLELAND

BOLLHOFF SYSTEMTECHNICK, GMBH
& CO et. Al.,
        Defendants.
_____/

## **NOTICE OF CORRECTION**

Docket entry number 153, filed November 30, 2007 has been modified. The explanation for the correction is stated below.

|   |   |
|---|---|
|   | The docket entry was made on the wrong case. |
|   | The corresponding document image was missing or incomplete. |
| X | The wrong document image was associated. |
|   | The wrong judicial officer was listed on the case docket. |
|   | The filer information was inaccurate or omitted from the docket text. |
|   | The judicial officer information was inaccurate or omitted from the docket text. |
|   | The docket text was changed. |
|   | Other:. |

If you need further clarification or assistance, please contact Lisa Wagner at 313-234-5522 .

                                                  DAVID J. WEAVER, CLERK OF COURT

                                                  <u>s/Lisa Wagner</u>
                                                  Deputy Clerk

Date: November 30, 2007