**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HENROB LIMITED,

        Plaintiff/Counter-Defendant,

v.                                      Case No. 05-CV-73214-DT

BÖLLHOFF SYSTEMTECHNICK GMBH & CO
BÖLLHOFF RIVNUT, INC.,
BAYERISCHE MOTOREN WERKE AG, BMW NA,
ROLLS-ROYCE MOTOR CARS LTD.
and ROLLS-ROYCE NA,

        Defendants/Counter-Plaintiffs.

_____/

**ORDER RESOLVING PENDING DISCOVERY MOTIONS
AND SETTING A TELEPHONE CONFERENCE**

On July 14, 2008, the court conducted a hearing on three motions to compel: a

May 30, 2008 motion to compel filed by Defendants Böllhoff Systemtechnik GmbH &

Co. and Böllhoff Rivnut, Inc. (collectively "Böllhoff"); and two motions to compel filed on

June 6, 2008 by Plaintiff/Counter-Defendant, Henrob Limited ("Henrob"). For the

reasons stated more thoroughly on the record,

IT IS ORDERED that Böllhoff's May 30, 2008 motion to compel [Dkt. # 174] is

GRANTED. Discovery is hereby EXTENDED for the limited purpose of exploring the

"other test" noted in Böllhoff's motion. Böllhoff shall receive documentary discovery by

Friday, **July 18, 2008** and shall conduct the depositions of Roger Doo, Nicholas

Clatworthy, Russell Trinick and Jack Hu by **August 15, 2008.** The depositions shall be

limited to two hours each, excluding objections.

IT IS FURTHER ORDERED that Henrob's first motion to compel [Dkt. # 178] is GRANTED and Böllhoff, as acknowledged on the record, shall immediately produce its withheld attorney opinions. Henrob's cross-motion to compel and for sanctions [Dkt. # 179] is DENIED WITHOUT PREJUDICE. Henrob may file a motion regarding whether the disputed email string is admissible at the appropriate time. In the meantime, Henrob is deemed to have preserved its privilege objection as to the email string and related discovery.

IT IS FURTHER ORDERED that the court will conduct a telephone conference on **August 18, 2008 at 2:00 p.m.** to reset the remaining deadlines. The court anticipates that the dispositive motion deadline will be reset to approximately September 15, 2008, but will withhold setting a formal deadline until after consultation with counsel at the telephone conference.

Finally, IT IS ORDERED that BMW's July 7, 2007 motion for clarification [Dkt. # 196] is DENIED AS MOOT.


    s/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: July 18, 2008
I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, July 18, 2008, by electronic and/or ordinary mail.

    s/Lisa G. Wagner
Case Manager and Deputy Clerk
(313) 234-5522