**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

HENROB LIMITED,

      Plaintiff/Counter-Defendant,

v.                                          Case No. 05-CV-73214-DT

BÖLLHOFF SYSTEMTECHNICK GMBH & CO.
and BÖLLHOFF RIVNUT, INC.,
BAYERISCHE MOTOREN WERKE AG, BMW NA,
ROLLS-ROYCE MOTOR CARS LTD.
and ROLLS-ROYCE NA,

      Defendants/Counter-Plaintiffs.

                                         /

**ORDER GOVERNING MOTION HEARING**

The court will be conducting a hearing on Friday, December 19, 2008. The hearing is currently set to address "all pending motions." However, as further discussed during the December 1, 2008 telephone conference, the court will not expect argument on all the motions. Rather, the court will focus on Defendants' "Motion for Summary Judgment of Invalidity of the '305 Patent" [Dkt. ## 209 & 210], Defendants' motions to strike [Dkt. ## 279, 281 & 282], Henrob's motion for disqualification [Dkt. # 296], and Defendants motion for summary judgment with respect to Henrob's claims of willful infringement [Dkt. # 206].

The court does not guarantee that it will conduct a hearing on any remaining pending motions as they may be decided on the briefs. *See* E.D. Mich. LR 7.1(e)(2). Thus, keeping in mind that the court will be primarily prepared to discuss the specified motions, the parties will be allowed, *but not expected*, to make any final comments on

the remaining motions, particularly if resolution of the above-listed motions will impact any issues in the remaining motions.

Finally, the parties should be advised that the court has set aside the entire morning for this case until 12:30 p.m., but does not anticipate the necessity for continuing past that time.


                    S/Robert H. Cleland
                    ROBERT H. CLELAND
                    UNITED STATES DISTRICT JUDGE

Dated: December 15, 2008

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2008, by electronic and/or ordinary mail.

                    S/Lisa Wagner
                    Case Manager and Deputy Clerk
                    (313) 234-5522