UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENROB LIMITED,

        Plaintiff/Counter-Defendant,

v.                              Case Number: 05-CV-73214-DT

BÖLLHOFF SYSTEMTECHNIK GMBH &
CO. KG, BÖLLHOFF RIVNUT, INC.,
BAYERISCHE MOTOREN WERKE AG,
BMW NA, ROLLS-ROYCE MOTOR CARS
LTD. and ROLLS-ROYCE NA,

        Defendant/Counter-Plaintiffs.
                                     /

**OPINION AND ORDER TERMINATING PLAINTIFF'S
"MOTION FOR DISQUALIFICATION . . ."**

On January 14, 2009, the court issued an order granting in part Plaintiff Henrob Limited's ("Henrob's") motion for disqualification of Joseph Lanser and for leave to amend Henrob's witness list. The court granted the motion and allowed Harold Stotland as a witness, and held in abeyance the motion as to Joseph Lanser. The court conducted a telephone conference on February 2, 2009, in which the parties informed the court that they have resolved the remaining portion of the motion by mutual agreement. All issues being therefore resolved by the court or by agreement,

IT IS ORDERED that Plaintiff's motion for disqualification of Joseph Lanser and for leave to amend Henrob's witness list [Dkt. # 296] is TERMINATED.

                                            s/Robert H. Cleland
                                            ROBERT H. CLELAND
                                            UNITED STATES DISTRICT JUDGE

Dated: February 5, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 5, 2009, by electronic and/or ordinary mail.

                                                          s/Lisa Wagner
                                                          Case Manager and Deputy Clerk
                                                          (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\05-73214.HENROB.DisqualifyMoot.wpd