**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

HENROB LIMITED,

      Plaintiff/Counter-Defendant,

v.                                                       Case Number: 05-CV-73214-DT

BÖLLHOFF SYSTEMTECHNIK GMBH &
CO. KG, BÖLLHOFF RIVNUT, INC.,
BAYERISCHE MOTOREN WERKE AG,
BMW NA, ROLLS-ROYCE MOTOR CARS
LTD. and ROLLS-ROYCE NA,

      Defendants/Counter-Plaintiffs.

_____/

**ORDER SETTING SETTLEMENT CONFERENCE AND RESPONSE DEADLINE**

On October 20, 2009, the parties appeared, through counsel, for a status conference in the above-referenced case. During the conference, counsel indicated that the parties could, potentially, be interested in pursuing an amicable resolution to this matter. The court will therefore set a settlement conference with party representatives. In the meantime, counsel is directed to work together to prepare a joint proposal for submitting pre-trial documents and for otherwise preparing for trial. The court will implement a final pre-trial schedule, taking into account the parties' proposals, after the settlement conference. Accordingly,

IT IS ORDERED that the court will conduct a settlement conference on **November 19, 2009 at 2:00 p.m.** Party representatives with full settlement authority are required to appear. Additionally, counsel shall bring to the conference a jointly prepared proposal for pre-trial activities.

IT IS FURTHER ORDERED that Defendants shall submit a response to Plaintiff's pending motion for reconsideration [Dkt. # 328] by **November 6, 2009.**

                                                s/Robert H. Cleland  
                                                ROBERT H. CLELAND  
                                                UNITED STATES DISTRICT JUDGE

Dated: October 21, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 21, 2009, by electronic and/or ordinary mail.

                                                s/Lisa Wagner  
                                                Case Manager and Deputy Clerk  
                                                (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\05-73214.HENROB.SettlementConference.wpd