UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HENROB LIMITED,

        Plaintiff/Counter-Defendant,

v.                                      Case Number: 05-CV-73214-DT

BÖLLHOFF SYSTEMTECHNIK GMBH &
CO. KG, BÖLLHOFF RIVNUT, INC.,
BAYERISCHE MOTOREN WERKE AG,
BMW NA, ROLLS-ROYCE MOTOR CARS
LTD. and ROLLS-ROYCE NA,

        Defendants/Counter-Plaintiffs.
                                         /

**ORDER SETTING TELEPHONE CONFERENCE**

On November 19, 2009, the parties appeared for a settlement conference in the above-referenced case.  Although the parties made some progress toward reaching an amicable resolution to this matter, they did not reach a final settlement.  The parties requested an additional two weeks to pursue negotiations.  Accordingly,

IT IS ORDERED that counsel is DIRECTED to participate in a telephone conference on **December 2, 2009 at 11:00 a.m.**  The court will initiate the call.  If the case has not settled, counsel shall submit, prior to the telephone conference, a jointly prepared proposal for submitting pre-trial documents and for otherwise preparing for trial.  The court will thereafter implement a final pre-trial schedule, taking into account the parties' proposals.

                                                       s/Robert H. Cleland
                                                       ROBERT H. CLELAND
                                                       UNITED STATES DISTRICT JUDGE

Dated:  November 24, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 24, 2009, by electronic and/or ordinary mail.

                s/Lisa Wagner
                Case Manager and Deputy Clerk
                (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\05-73214.HENROB.TelephoneConference.wpd