# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

HENROB LIMITED,

      Plaintiff/Counter-Defendant,

v.          Case Number: 05-CV-73214-DT

BÖLLHOFF SYSTEMTECHNIK GMBH &
CO. KG, BÖLLHOFF RIVNUT, INC.,
BAYERISCHE MOTOREN WERKE AG,
BMW NA, ROLLS-ROYCE MOTOR CARS
LTD. and ROLLS-ROYCE NA,

      Defendants/Counter-Plaintiffs.
                                       /

## ORDER SETTING TELEPHONE CONFERENCE

On December 2, 2009, the court conducted a telephone conference in the above-referenced case.  During the conference, the parties indicated that additional time is necessary to pursue negotiations.  Accordingly,

IT IS ORDERED that counsel shall participate in a telephone conference on **December 16, 2009 at 3:30 p.m.**  The court will initiate the call.  In the meantime, while the parties are engaged in settlement negotiations, counsel shall spend the next two weeks working on proposed jury instructions.  The court expects that the jury instructions shall be as near to completion as possible, with no or few disagreements, by the time of the telephone conference.

                                              s/Robert H. Cleland
                                              ROBERT H. CLELAND
                                              UNITED STATES DISTRICT JUDGE

Dated:  December 3, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 3, 2009, by electronic and/or ordinary mail.

                                                s/Lisa Wagner
                                                Case Manager and Deputy Clerk
                                                (313) 234-5522

S:\Cleland\JUDGE'S DESK\C3 ORDERS\05-73214.HENROB.Dec.16.TelephoneConference.wpd